In the Matter of the Application of SAMUEL ROSE, Appellant, for Reinstatement to the Bar.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

(Argued May 22, 1935; decided June 11, 1935.)

*Chandler Bennitt* for appellant.

*Kenneth M. Spence* and *Einar Chrystie* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. FINCH, J., taking no part.